UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case 08CR 453-5

USA
vs
Donald Felton

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donald Felton

**FILED**

JUL X 1 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| SIGNATURE | s/ Bruce Brandwein |
|---|---|
| FIRM | Brandwein + Smolin |
| STREET ADDRESS | 20 S. Clark St St 410 |
| CITY/STATE/ZIP | Chgo Ill. 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0280127 | (312) 853-0008 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☒  APPOINTED COUNSEL ☐ | |