Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 453 | **DATE** | 7/31/2008 |
| **CASE TITLE** | United States of America vs. Donald Felton | | |

**DOCKET ENTRY TEXT**

Enter agreed order. It is hereby ordered that defendant's motion is granted and defendant Felton's condition of bond is enlarged to permit him to travel to Carbondale, Illinois from August 8, 2008 to August 10, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG -5  AM 8: 37
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | TSA |
|---|---|---|