Case 1:08-cr-00453    Document 119    Filed 07/31/2008    Page 1 of 1



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Case No: 08 CR 453 |
| | ) | |
| | ) | Judge Wayne R. Anderson |
| DONALD FELTON | ) | |
| | ) | Room: 1403 |
| Defendant. | ) | |

## AGREED ORDER

This matter coming on Defendant Donald Felton's Agreed Motion to Enlarge Conditions of Bond, all parties being in agreement, the Court being advised in the premises:

**IT IS HEREBY ORDERED:**

That Defendant's motion is granted and Defendant Donald Felton's condition of bond is enlarged to permit him to travel to Carbondale, Illinois from August 8, 2008 to August 10, 2008.

_July 31, 2008_
DATE

_Wayne R. Anderson_
THE HONORABLE WAYNE R. ANDERSON

1